# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 8, 2020

## NO. 03-20-00359-CV

**J&E McConkey Family Limited Partnership, derivatively on behalf of Georgetown Family Emergency Center, LLC; Dr. Joshua McConkey, individually; Dr. John Valentini, individually; Dr. Ryan Prudoff, individually; RSPTRI Master, LLC; and Georgetown JJV, LLC, Appellants**

**v.**

**Family Emergency Rooms, LLC; H and K Higgins Family Limited Partnership; FH Systems, LLC; and Georgetown Emergency Physicians, PLLC, Appellees**

---

### APPEAL FROM THE 395TH DISTRICT COURT OF WILLIAMSON COUNTY
### BEFORE JUSTICES GOODWIN, TRIANA, AND SMITH
### DISMISSED ON APPELLANTS' MOTION -- OPINION BY JUSTICE GOODWIN

---

This is an appeal from the interlocutory order signed by the trial court on June 22, 2020. J&E McConkey Family Limited Partnership, derivatively on behalf of Georgetown Family Emergency Center, LLC; Dr. Joshua McConkey, individually; Dr. John Valentini, individually; Dr. Ryan Prudoff, individually; RSPTRI Master, LLC; and Georgetown JJV, LLC have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.